04/05/2021  03:33    4062932435                    ANN GERMAN                              PAGE  06/06



FILED
04/06/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 21-0006

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 21-0006

In Re The Marriage Of:

**JOHNETTE GAY JONES WATKINS,**

Appellant,

vs.

**CHARLES EDWARD WATKINS,**

Appellee.

**ORDER GRANTING EXTENSION**

FILED

APR 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon Motion of counsel for the Appellant, no objection by Appellee, and good cause appearing therefore, Appellant is granted until May 12, 2021, in which to file and serve the opening brief of Appellant.

DATED this ⁵ᵗʰ day of April, 2021.

_____
Justice of the Supreme Court